IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANA GLORIA DIAZ PINEDA         :
                                :
        Plaintiffs              :
                                :
    v.                          :    Civil Action No.: 15-cv-00209
                                :
SYLHET, INC.                    :
et al.                          :
                                :
        Defendants              :

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses, with prejudice, the above-captioned matter.

                                            Respectfully submitted,

                                            STEIN SPERLING BENNETT
                                            DE JONG DRISCOLL PC

By:      /s/ *Mary Craine Lombardo*
Mary C. Lombardo (495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 (fax)
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3976177_1